NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP., AND NTN CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND FEDERAL-MOGUL CORP. AND TORRINGTON CO., DEFENDANT-INTERVENORS

Court No. 92–06–00423

(Dated February 28, 1996)

## JUDGMENT

TSOUCALAS, *Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Results of Redetermination Pursuant to Court Remand, *NTN Bearing Corp. v. United States,* 19 CIT 1412, 907 F. Supp. 432 (1995) ("Remand Results"), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on December 11, 1995 are affirmed in their entirety; and it is further

ORDERED that as all other issues have been decided, this case is dismissed.